■ RALPH GUERRUCCI, on Behalf of Himself and All Others Similarly Situated, Appellants, v SCHOOL DISTRICT OF CITY OF NIAGARA FALLS, Respondent. (Appeal No. 2.) [4 NYS3d 564]— Appeal from an order of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), entered March 25, 2014. The order denied the motion of plaintiffs seeking relief from a judgment (denominated order) entered October 24, 2013.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Guerrucci v School Dist. of City of Niagara Falls* ([appeal No. 1] 126 AD3d 1498 [2015]). Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.